■ In the Matter of DAISY R., Respondent, v JESSE P., Appellant.—Appeal from an order of the Family Court, Nassau County, entered September 22, 1978, dismissed, without costs or disbursements. Said order is brought up for review on the appeal from an order of the same court entered October 25, 1978 (see Family Ct Act, § 1112). Order entered October

25, 1978, affirmed, without costs or disbursements. No opinion. Titone, J. P., O'Connor, Gulotta and Margett, JJ., concur.